# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 10, 2025
Lyle W. Cayce
Clerk

No. 25-10651

---

Carroll Independent School District,

*Plaintiff—Appellee,*

versus

United States Department of Education; Linda McMahon, *Secretary, U.S. Department of Education*; Catherine E. LHamon, *in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education*; United States Department of Justice; Pamela Bondi, *U.S. Attorney General*; Harmeet Dhillon, *in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice*,

*Defendants—Appellees,*

Victim Rights Law Center; Jane Doe; A Better Balance,

*Movants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-461

---

ORDER:

No. 25-10651

IT IS ORDERED that Appellants' opposed motion to hold this appeal in abeyance until the mandate issues in our case No. 24-50149, *United States v. Texas* is DENIED.[1]

IT IS FURTHER ORDERED that Appellant's opposed motion to set the deadline for opening briefs to be filed six weeks after the removal from abeyance is moot.

                                      /s/ *Catharina Haynes*
                                      CATHARINA HAYNES
                                      *United States Circuit Judge*

---

[1] Attorneys should remember that if a relevant case comes out after their brief has been filed, they can file a 28j supplemental letter about it.